TITLE GUARANTEE AND TRUST COMPANY, as Mortgagee of Record in an Extension Agreement Executed Pursuant to a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 98 Montague Street (Bossert Hotel), Brooklyn. New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, Guarantee No. 170903, Approved by a Final Order of the Supreme Court of the State of New York for the County of Kings, Entered the 4th Day of January, 1935, and for the Benefit of the Holders of Investments in Said Mortgage, Plaintiff, v. ESTATE OF LOUIS BOSSERT, INC., and Others, Defendants. PUBLIC OPERATING CORPORATION, Appellant; RICHARD I. N. WEINGART, Receiver, Respondent, and BROOKLYN TRUST COMPANY, Trustee, Intervenor-Respondent. (Appeal No. 1.) — Appeal from that part of an order granting appellant's motion to compel the receiver to act, which requires appellant to defray certain costs, expenses and fees of the receiver. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel and Taylor, JJ., concur; Hagarty, J., not voting.

TITLE GUARANTEE AND TRUST COMPANY, as Mortgagee of Record in an Extension Agreement Executed Pursuant to a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 98 Montague Street (Bossert Hotel), Brooklyn, New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, Guarantee No. 170903, Approved by a Final Order of the Supreme Court of the State of New York for the County of Kings, Entered the 4th Day of January, 1935, and for the Benefit of the Holders of Investments in Said Mortgage, Plaintiff, v. ESTATE OF LOUIS BOSSERT, INC., and Others, Defendants. PUBLIC OPERATING CORPORATION, Appellant; RICHARD I. N. WEINGART, Receiver, and BROOKLYN TRUST COMPANY, Trustee, Respondents. (Appeal No. 2.) — Appeal from an order denying appellant's motion to direct the Brooklyn Trust Company, as trustee, to pay, for the account of the receiver herein, pursuant to an agreement, the amount of a judgment obtained by appellant against the receiver. Order affirmed, with ten dollars costs and disbursements, for the following reasons: (a) Appellant had no authority to make such motion for the account of the receiver. (b) Appellant is afforded ample opportunity for relief (1) by plenary action, or (2) under the orders made by Fennelly, J., September 16, 1940, and Nova, J., June 13, 1941. Under the latter order the receiver has been directed to proceed. Costs, expenses and fees will be defrayed out of the funds realized after the amounts have been fixed by the court on a supplemental accounting of the receiver. Of course, it is not meant to hold that the costs of the proceeding may not be chargeable against the respondent trustee. Lazansky, P. J., Carswell, Adel and Taylor, JJ., concur; Hagarty, J., not voting.